# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| RECKITT BENCKISER PHARMACEUTICALS, INC., RB PHARMACEUTICALS LIMITED, and MONOSOL RX, LLC,<br><br>                 Plaintiffs,<br>   v.<br><br>ALVOGEN PINE BROOK, INC. and ALVOGEN GROUP, INC.,<br>                 Defendants. | C.A. No. 13-2003 - RGA |

## **NOTICE OF SERVICE**

The undersigned hereby certifies that a copy of **Plaintiffs' Initial Infringement Claim Charts** was caused to be served on March 12, 2014 upon the following via electronic mail:

Steven H. Sklar
Gregory C. Bays
David R. Van Buskirk
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL 60601
(312) 616-5600
ssklar@leydig.com
gbays@leydig.com
dvanbuskirk@leydig.com

Elizabeth M. Crompton
LEYDIG, VOIT & MAYER, LTD.
700 13th street, N.W.
Washington, DC 20005
(202) 737-6770
ecrompton@leydig.com

*Attorneys for Defendants Alvogen Pine Brook, Inc. and Alvogen Group, Inc.*

Karen E. Keller
Jeffrey T. Castellano
David M. Fry
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
jcastellano@shawkeller.com
dfry@shawkeller.com

*Attorneys for Defendants Alvogen Pine Brook, Inc. and Alvogen Group, Inc.*

| | |
|---|---|
| Dated: March 12, 2014 | Respectfully submitted, |
| Of Counsel: | **WOMBLE CARLYLE SANDRIDGE & RICE, LLP** |
| Daniel A. Ladow<br>James M. Bollinger<br>Timothy P. Heaton<br>TROUTMAN SANDERS LLP<br>405 Lexington Avenue<br>New York, NY 10174<br>(212) 704-6000<br>(212) 704-6288 (Fax)<br>Daniel.ladow@troutmansanders.com<br>James.bollinger@troutmansanders.com<br>Timothy.heaton@troutmansanders.com | */s/ Mary W. Bourke*<br>Mary W. Bourke (#2356)<br>Dana K. Severance (#4869)<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(302) 252-4320<br>(302) 252-4330 (Fax)<br>mbourke@wcsr.com<br>dseverance@wcsr.com<br><br>*Attorneys for Plaintiffs* |

Troy S. Kleckley
TROUTMAN SANDERS LLP
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308
(404) 885-3000
(404) 885-3900 (Fax)
Troy.kleckley@troutmansanders.com

*Attorneys for Plaintiff Reckitt Benckiser
Pharmaceuticals, Inc. & RB Pharmaceuticals
Limited*

James F. Hibey
Timothy C. Bickham
Houda Morad
Stephanie L. Sconewald
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington DC 20036
(202) 429-3000
(202) 429-3902 (Fax)
jhibey@steptoe.com
tbickham@steptoe.com
hmorad@steptoe.com
sschonew@steptoe.com

*Attorneys for Plaintiff MonoSol Rx, LLC*

32036657