IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RECKITT BENCKISER PHARMACEUTICALS, INC., RB PHARMACEUTICALS LIMITED, and MONOSOL RX, LLC,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ALVOGEN PINE BROOK, INC.<br><br>　　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　CA. No. 13-CV-2003 RGA<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION TO DISMISS THE
<u>AMENDED COMPLAINT AND COUNTERCLAIMS</u>**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 41(a)(2), Plaintiffs Reckitt Benckiser Pharmaceuticals, Inc. ("RBP"), RB Pharmaceuticals Limited ("RBP UK"), and MonoSol Rx, LLC ("MonoSol") (collectively, "Plaintiffs") hereby move to dismiss, without prejudice, Plaintiffs' claims against defendant Alvogen Pine Brook, Inc. ("Alvogen"), and Alvogen's counterclaims against Plaintiffs.  Plaintiffs' Motion is supported by the attached Opening Brief.

Dated:  April 18, 2014

<table>
<tr><td></td><td>Respectfully submitted,</td></tr>
<tr><td></td><td>**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**</td></tr>
<tr><td>Of Counsel:</td><td><u>/s/ Mary W. Bourke</u><br>Mary W. Bourke (#2356)</td></tr>
<tr><td>Daniel A. Ladow<br>James M. Bollinger<br>Timothy P. Heaton<br>TROUTMAN SANDERS LLP<br>405 Lexington Avenue<br>New York, NY 10174</td><td>Dana K. Severance (#4869)<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(302) 252-4320<br>(302) 252-4330 (Fax)<br>mbourke@wcsr.com</td></tr>
</table>

1

(212) 704-6000  dseverance@wcsr.com
(212) 704-6288 (Fax)
Daniel.ladow@troutmansanders.com *Attorneys for Plaintiffs*
James.bollinger@troutmansanders.com
Timothy.heaton@troutmansanders.com

Troy S. Kleckley
TROUTMAN SANDERS LLP
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308
(404) 885-3000
(404) 885-3900 (Fax)
Troy.kleckley@troutmansanders.com

*Attorneys for Plaintiff Reckitt Benckiser Pharmaceuticals, Inc. & RB Pharmaceuticals Limited*

James F. Hibey
Timothy C. Bickham
Houda Morad
Stephanie L. Sconewald
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington DC 20036
(202) 429-3000
(202) 429-3902 (Fax)
jhibey@steptoe.com
tbickham@steptoe.com
hmorad@steptoe.com
sschonew@steptoe.com

*Attorneys for Plaintiff MonoSol Rx, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on April 18, 2014, upon the following individuals via electronic mail:

| | |
|---|---|
| Steven H. Sklar<br>Gregory C. Bays<br>LEYDIG, VOIT & MAYER, LTD.<br>Two Prudential Plaza<br>180 N. Stetson Avenue, Suite 4900<br>Chicago, IL 60601<br>(312) 616-5600<br>(312) 616-5700 (Fax)<br>ssklar@leydig.com<br>gbays@leydig.com<br><br>*Attorneys for Defendants Alvogen Pine Brook, Inc.* | Karen E. Keller<br>Jeffrey T. Castellano<br>David M. Fry<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>jcastellano@shawkeller.com<br>dfry@shawkeller.com<br><br>*Attorneys for Defendants Alvogen Pine Brook, Inc.* |

                                                **WOMBLE CARLYLE SANDRIDGE & RICE, LLP**

                                                */s/ Mary W. Bourke*
                                                Mary W. Bourke (#2356)
                                                222 Delaware Avenue, Suite 1501
                                                Wilmington, DE 19801
                                                Telephone (302) 252-4320
                                                mbourke@wcsr.com

32176881