IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RECKITT BENCKISER )
PHARMACEUTICALS, INC., RB )
PHARMACEUTICALS LIMITED, and )
MONOSOL RX, LLC, )
)
)   CA. No. 13-CV-2003 RGA
Plaintiffs, )
v. )
)
ALVOGEN PINE BROOK, INC. )
)
Defendants. )

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS THE
AMENDED COMPLAINT AND COUNTERCLAIMS

The Court having considered Plaintiffs' Motion To Dismiss the Amended Complaint and (D.I. 51) Counterclaims and having concluded that good grounds exist for the requested relief, now therefore,

IT IS HEREBY ORDERED that without opposition (D.I. 60);

Plaintiffs' Motion to Dismiss the Amended Complaint and Counterclaims WITHOUT PREJUDICE is GRANTED.

SO ORDERED this 9th day of May, 2014.

*Richard G. Andrews*
United States District Judge

32176942