✎ AO 120 (Rev. 3/04)

| TO:       Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ Delaware _____ on the following  X  Patents or _____ Trademarks:

| DOCKET NO.<br>13cv2003-RGA | DATE FILED<br>12/6/2013 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br><br>Reckitt Benckiser Pharmaceuticals Inc., et al. | | DEFENDANT<br><br>Alvogen Pine Brook Inc., et al. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,475,832 | 7/2/2013 | RB Pharmaceuticals Limited |
| 2 | 8,017,150 | 9/13/2011 | MonoSol RX LLC |
| 3 | 8,603,514 | 12/10/2013 | MonoSol RX LLC |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT<br><br>See attached Order |
|---|

| CLERK<br><br>JOHN A. CERINO, CLERK OF COURT | (BY) DEPUTY CLERK | DATE<br><br>5/9/2014 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**

✎ AO 120 (Rev. 3/04)

**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**