IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RECKITT BENCKISER PHARMACEUTICALS, INC., RB PHARMACEUTICALS LIMITED, and MONOSOL RX, LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | REDACTED – PUBLIC VERSION |
| v. | ) ) | C.A. No. 13-2003-RGA |
| ALVOGEN PINE BROOK, INC. | ) ) ) | ▮ |
| Defendant. | ) | |

**<u>LETTER TO THE HONORABLE RICHARD G. ANDREWS</u>**

OF COUNSEL:
Steven H. Sklar
Gregory C. Bays
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza
180 N. Stetson Ave., Suite 4900
Chicago, IL 60601
(312) 616-5600

Karen E. Keller (No. 4489)
Jeffrey T. Castellano (No. 4837)
David M. Fry (No. 5486)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
jcastellano@shawkeller.com
dfry@shawkeller.com
*Attorneys for Defendants*

Dated: May 7, 2014





Jeffrey T. Castellano
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
(302) 298-0703 - Direct
jcastellano@shawkeller.com

May 7, 2014

**Via CM/ECF & Hand Delivery**
The Honorable Richard G. Andrews
District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *Reckitt Benckiser Pharms. Inc. v. Alvogen Pine Brook, Inc.*, 13-2003-RGA

Dear Judge Andrews:

      Defendant Alvogen Pine Brook, Inc. ("Alvogen") submits this letter in response to Plaintiffs' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 41(a)(2) (D.I. 51, 52). Alvogen does not oppose the relief sought in Plaintiffs' motion, namely dismissal of Plaintiffs' claims against Alvogen as well as Alvogen's counterclaims against Plaintiffs. However, Alvogen submits this letter to address various inaccurate and misleading assertions in Plaintiffs' motion.

      Plaintiffs contend that Alvogen's Paragraph IV notices were premature and untimely and, therefore, improper. Alvogen's notices were not premature. The Hatch-Waxman Act, in particular 21 U.S.C. § 355(j)(2)(B)(ii)(II), requires that notice shall be given "**at the time**" the amendment or supplement is submitted to FDA if the Paragraph IV certification is included in an amendment or supplement to the ANDA. See 21 C.F.R. § 314.95(d) ("If an abbreviated application is amended to include [a Paragraph IV certification], the applicant shall send the notice required … **at the same time** that the amendment to the abbreviated application is submitted to FDA.") Neither the statute nor the regulation clarify that the notice requirement can be met only after an ANDA has been accepted by FDA.



{00037116}

SHAW KELLER LLP

The Honorable Richard G. Andrews
Page 2

      Moreover, Alvogen informed Plaintiffs of the status of its ANDA before Plaintiffs filed the original complaint (D.I. 1). As acknowledged in Plaintiffs' brief (D.I. 25 at 5 n.2), Plaintiffs initiated this action despite knowing that FDA had not yet accepted Alvogen's ANDA. As a result, Alvogen spent time and money engaged in litigation that Plaintiffs now contend is premature.

                                      Respectfully submitted,

                                      */s/ Jeffrey T. Castellano*

                                      Jeffrey T. Castellano (No. 4837)

## **CERTIFICATE OF SERVICE**

I, Jeffrey T. Castellano, hereby certify that on May 7, 2014, this document was served on the persons listed below in the manner indicated:

**BY E-MAIL:**

| | |
|---|---|
| MaryW. Bourke<br>Dana K. Severance<br>WOMBLE CARLYLE SANDRIDGE &<br>RICE, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(302) 252-4320<br>mbourke@wcsr.com<br>dseverance@wcsr.com | Daniel A. Ladow<br>Timothy P. Heaton<br>James M. Bollinger<br>TROUTMAN SANDERS LLP<br>405 Lexington Avenue<br>New York, NY 10174<br>(212) 704-6000<br>daniel.ladow@troutmansanders.com<br>timothy.heaton@troutmansanders.com<br>james.bollinger@troutmansanders.com |
| James F. Hibey<br>Houda Morad<br>Timothy C. Bickman<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>(212) 429-3000<br>jhibey@steptoe.com<br>hmorad@steptoe.com<br>tbickman@steptoe.com | Troy S. Kleckley<br>Puja R. Patel<br>TROUTMAN SANDERS LLP<br>600 Peachtree Street, NE, Suite 5200<br>Atlanta, GA 30308<br>(404) 885-3000<br>troy.kleckley@troutmansanders.com<br>puja.patel@troutmansanders.com |

*/s/ Jeffrey T. Castellano*
Karen E. Keller (No. 4489)
Jeffrey T. Castellano (No. 4837)
David M. Fry (No. 5486)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
jcastellano@shawkeller.com
dfry@shawkeller.com
*Attorneys for Defendant*